UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| THOMAS R. NARRIGAN,<br><br>      Plaintiff-Appellant,<br><br>      v.<br><br>DEBORAH B. GOLDBERG, in her official capacity as TREASURER AND RECEIVER OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>      Defendant-Appellee. | No. 25-1395 |

## **ASSENTED-TO MOTION TO EXTEND TIME FOR FILING BRIEF**

Defendant-Appellee Deborah B. Goldberg, Treasurer and Receiver of the Commonwealth of Massachusetts, hereby moves this honorable Court for a **seven-day** enlargement of time until **September 18, 2025**, to file her brief in this matter. Additionally, following discussion with counsel for Plaintiff-Appellant Thomas R. Narrigan, the parties respectfully request that the Court allow Mr. Narrigan an extension of time until October 16, 2025 to file his reply in this matter.

As grounds, the Appellee states as follows:

1. Mr. Narrigan challenges a state law, the Massachusetts Disposition of Unclaimed Property Act, on several constitutional grounds.  The district court,

on motion, dismissed Mr. Narrigan's Complaint for lack of subject-matter jurisdiction based on Mr. Narrigan's lack of standing, and, in the alternative, on the Treasurer's sovereign immunity pursuant to the Eleventh Amendment and for failure to state a claim upon which relief may be granted. Mr. Narrigan appeals this dismissal.

2. Under the briefing schedule set by this Court, Mr. Narrigan's opening brief was due no later than June 23, 2025. Mr. Narrigan sought leave from this Court for an extension of time of three weeks, until July 14, 2025, to file his opening brief and appendix; this Court granted the motion on June 10, 2025.

3. Mr. Narrigan filed the brief *instanter* on July 15, 2025. This Court set a date of August 14, 2025 for Defendant-Appellee's appellate brief. Following an assented-to motion from the undersigned counsel, the Court granted an extension of time until September 11, 2025 for the filing of Defendant-Appellee's brief.

4. The undersigned counsel is the sole counsel of record for Defendant-Appellee and is solely responsible for the preparation of the brief.

5. Mr. Narrigan's appeal presents several complex issues of law requiring careful and nuanced analysis, which will benefit this Court in its adjucation of the appeal.

6. Undersigned counsel is and has been attending to multiple unexpected personal obligations in the past weeks, including those relating to the untimely passing of a close friend and unexpected child care issues.

7. Undersigned counsel's ordinary professional obligations currently include (a) drafting and serving a cross-motion for judgment on the pleadings under M.G.L. c. 30A, § 14; (b) preparing and serving a motion to dismiss; (c) expert depositions in a multi-state affirmative civil litigation, (d) preparing for oral argument in a complex First Amendment case involving public employees' speech.

8. As a result of these obligations and unforeseen circumstances, counsel state that, regretfully, and despite diligent efforts, they will be unable to complete the brief and secure the necessary approvals in time for filing by the current due date of September 11, 2025.

9. Undersigned counsel has conferred with Edward Broderick, counsel for Mr. Narrigan.  Mr. Narrigan assents to the filing of this motion and to the relief requested.

10. In addition, undersigned counsel understands that counsel for Mr. Narrigan, Terry Rose Saunders, will be traveling and unavailable during the religious holidays of Rosh Hashanah (September 22-24) and Yom Kippur (October 1-2).  The parties believe that an extension of time until October 16, 2025 will

3

provide counsel for Mr. Narrigan with sufficient time to complete his reply, without affecting his counsel's pre-planned travel or religious observance.

11. Counsel for Defendant-Appellee will also assent to any additional extension of time for the filing of Mr. Narrigan's reply, should Mr. Narrigan seek such an extension.

12. There will therefore be no prejudice to any party to this appeal should the requested relief be granted.

For the foregoing reasons, Defendant-Appellee respectfully requests that this Court allow this Motion for Enlargement of Time to file her brief, and enlarge the deadline through and including **September 18, 2025,** and the parties respectfully request that the Court enlarge the deadline until **October 16, 2025** for the filing of Mr. Narrigan's reply.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ ARJUN K. JAIKUMAR
Arjun K. Jaikumar, BBO# 691311
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2856

4

(617) 727-5785 (Facsimile)
arjun.k.jaikumar@mass.gov

September 4, 2025

## CERTIFICATE OF SERVICE

I certify that, on September 4, 2025, this document was filed through the Electronic Case Filing (ECF) system and thus copies of this document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF). I further certify that on September 4, 2025, I caused a copy of this document to be delivered on the following via electronic mail.

Edward A. Broderick
Broderick Law, P.C.
10 Hillside Avenue
Winchester, MA 01890
(617) 738-7080
ted@brodericklaw.com

Arthur Susman
1540 N. Lake Shore Drive
Chicago, IL 60610
847-800-2351
arthur@susman-law.com

Terry Rose Saunders
The Saunders Law Firm
120 North LaSalle Street, 20th Floor
Chicago, IL 60602
312-444-9656
tsaunders@saunders-lawfirm.com

/s/ Arjun K. Jaikumar
Arjun K. Jaikumar
Assistant Attorney General

Case: 25-1395    Document: 00118335959    Page: 6    Date Filed: 09/04/2025    Entry ID: 6748433

Case: 25-1395    Document: 00118335959    Page: 6    Date Filed: 09/04/2025    Entry ID: 6748433