# United States Court of Appeals
## For the First Circuit

No. 25-1395

THOMAS R. NARRIGAN, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

DEBORAH B. GOLDBERG, in the official capacity as Treasurer and Receiver General of the Commonwealth of Massachusetts,

Defendant - Appellee.

**ORDER OF COURT**

Entered: September 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellee Deborah Goldberg to file a brief be enlarged to and including **September 18, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Edward A. Broderick
Arjun Kent Jaikumar
Terry Rose Saunders
Arthur T. Susman